**Order filed May 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00214-CV
_____

### JACK PIDGEON AND LARRY HICKS, Appellants

### V.

### SYLVESTOR TURNER, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF HOUSTON, AND THE CITY OF HOUSTON, Appellees

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2014-61812**

## ORDER

No reporter's record has been filed in this case. The court reporter for the 310th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On April 26, 2019, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court

with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within thirty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM